1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM POLLARD,                        No.  2:24-cv-1747 WBS AC P

12              Petitioner,

13        v.                                 ORDER

14   ROB ST. ANDRE,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding through counsel, filed this application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On May 21, 2025, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within twenty-one days.  ECF No. 16.  Petitioner

23   filed objections to the findings and recommendations.  ECF No. 19.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

                                    1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations (ECF No. 16) are adopted in full;

3        2.  The petition for writ of habeas corpus is denied; and

4        3.  The court issues a certificate of appealability pursuant to 28 U.S.C.

5  § 2253 on plaintiff's <u>Batson</u> claim only.

6  Dated:  July 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28