UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM POLLARD, | No. 2:24-cv-1747 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| ROB ST. ANDRE, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel. By order filed July 21, 2025, the petition was denied and petitioner was granted a certificate of appealability on his Batson[1] claim only. ECF No. 20. Petitioner proceeded to file a notice of appeal, motion to proceed in forma pauperis on appeal, and a motion to appoint counsel on appeal. ECF Nos. 22-24.

Petitioner's motion to proceed in forma pauperis is properly before this court. Fed. R. App. P. 24(a). Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a). However, the motion to appoint counsel on appeal is a matter for the Ninth Circuit's consideration.

////

---

[1] Batson v. Kentucky, 476 U.S. 79 (1986).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 23) is GRANTED; and

2. Petitioner's motion to appoint counsel (ECF No. 24) is DENIED without prejudice to renewal in the Ninth Circuit.

DATED: August 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE